# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00104-CV

**P. Robinson, Appellant**

**v.**

**J. Hargrove; Housing Authority for the City of Austin; C. Richie; R. Moya; N. Garza; S. Gallo and J. Ewbank, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. 98-13244, HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Parisrice Robinson and appellees J. Hargrove, the Housing Authority for the City of Austin, C. Richie, R. Moya, N. Garza, S. Gallo, and J. Ewbank have filed a joint motion for dismissal, informing this Court that all matters of dispute between the parties have been settled. The parties request this Court to dismiss this appeal with prejudice. We grant the motion and dismiss the appeal with prejudice. *See* Tex. R. App. P. 42.1(a)(1).


Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Joint Motion

Filed:   February 13, 2003